

United States Bankruptcy Court

**TUCSON DIVISION**
James A Walsh Courthouse
38 S. Scott Avenue
Tucson, AZ 85701
520-202-7500

*2009 JUN 18 PM 12: 32*
CLERK
U.S. BANKRUPTCY
District of Arizona

*YUMA DIVISION*
325 W. 19th St., Ste. D
Yuma, AZ 85364
928-783-2288

*PHOENIX HEADQUARTERS*
230 N. First Avenue, Suite 101
Phoenix AZ 85003-1706
602-682-4000

## DEBTOR CHANGE OF ADDRESS

Case No.: 2:09-bk-10350     Chapter: 13

**Debtor(s) Name:** William and Phyllis Bratton

**NEW Mailing Address:** 17550 W. Gelding Dr.
Street Address/P.O. Box Number

Suite/Apartment Number

Surprise     AZ     85388
City         State  Zip Code

**OLD Mailing Address:** 17550 W. Gelding Dr.
Street Address/P.O. Box Number

Suite/Apartment Number

Surprise     AZ     85379
City         State  Zip Code

Attorney:
~~Debtor(s) Signature:~~   Meredith Fiori   6/17/09
                                            Date

Attorney for Debtor
                    Date

DebtorAddChng/3/06

06/19/2009